IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

        Plaintiff,       :     Case No. 1:13-cr-108
                                                        Also 1:16-cv-354

- vs -

                                                        District Judge Susan J. Dlott
                                                        Magistrate Judge Michael R. Merz

BERNARDO OLIVARES-CEPEDA,

        Defendant.     :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

    The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 163), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

    Accordingly, the Government's Motion to Dismiss (ECF No. 160) is DENIED.

May 23, 2016.

                                                                       *Susan J. Dlott*
                                                                       Susan J. Dlott
                                                                       United States District Judge